No. 05–5096.  GOLDWATER v. ARIZONA.  Super. Ct. Ariz., Maricopa County.  Certiorari denied.

No. 05–5097.  SOSA v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–5098.  VEGERANO-RODRIGUEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–5099.  ROBERTSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5101.  LAWTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5102.  RENTERIA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5103.  ROBINSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–5104.  HIGGINS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 05–5105.  MOYA FELICIANO v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 05–5108.  EASLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–5109.  ASBERRY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–5111.  ALCORN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–5112.  ESPINOSA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5113.  JERONIMO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.